**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____District of New Jersey_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Brick City Investment Group, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | GRK Grill | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 0 2 2 0 0 2 7 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 189-197 Bloomfield Ave <br> Number     Street <br><br> Bloomfield, NJ 07003 <br> City                State    ZIP Code <br><br> Essex <br> County | **Mailing address, if different from principal place of business** <br><br> 46 Fieldmere Ave <br> Number     Street <br><br> Glen Rock, NJ 07452 <br> City                State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number     Street <br><br> _____ <br> City                State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201                                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                page **1**

Debtor **Brick City Investment Group, LLC**                                                                    Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   7    2    2    5 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                                MM / DD / YYYY<br>      Case number, if known _____ |

Debtor    Brick City Investment Group, LLC                     Case number *(if known)* _____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                  Number      Street

_____
City                   State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name    _____
            Phone    _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999      ☐ 10,001-25,000                                  ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   Brick City Investment Group, LLC                                  Case number *(if known)* _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2023
              MM/ DD/ YYYY

X  /s/ Evangelos Drosos                                    Evangelos Drosos
Signature of authorized representative of debtor           Printed name

Title           Managing Member

**18. Signature of attorney**

X           /s/ Marc C Capone                     Date  10/06/2023
Signature of attorney for debtor                         MM/ DD/ YYYY

Marc C Capone
Printed name

Gillman, Bruton & Capone, LLC
Firm name

60 Highway 71 Unit 2
Number     Street

Spring Lake                                 NJ           07762
City                                        State        ZIP Code

_____                   mcapone@gbclawgroup.com
Contact phone                               Email address

021401993                                   NJ
Bar number                                  State

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: **Brick City Investment Group, LLC**    CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____10/06/2023____    Signature _____/s/ Evangelos Drosos_____
                                                      Evangelos Drosos, Managing Member

Becker LLC
354 Eisenhower Parkway 1500
Livingston, NJ 07039

Bloomfield Township Tax Collector
1 Municipal Plaza 1st Floor Room 101
Bloomfield, NJ 07003

Fedway Associates, Inc.
PO Box 519
Kearny, NJ 07032

GreenbergTraurig
500 Campus Drive 400
Florham Park, NJ 07932

Hi-Bar Capital LLC
1825 65th Street 300
Brooklyn, NY 11204

Martone & Associates
2500 Lemoine Ave
Fort Lee, NJ 07024

Park Rock Group, LLC
242 N Fullerton Ave
Montclair, NJ 07042

Raff Masone & Weeks, P.A.
1083 Avenue C
Bayonne, NJ 07002

Scott Fields and Rudy Sarkis
500 Avenue P
Newark, NJ 07105